# MOSES & SINGER LLP

The Chrysler Building
405 Lexington Avenue, NY, NY 10174-1299
Tel: 212.554.7800    Fax: 212.554.7700
www.mosessinger.com

Robert S. Wolf
Direct: 212.554.7825 Fax: 917.206.4325
rwolf@mosessinger.com

September 12, 2014

**ELECTRONICALLY FILED**
Hon. Loretta A. Preska
Chief United States District Judge
Southern District of New York
Daniel Patrick Moynihan United States Courthouse
Courtroom 12A
500 Pearl Street
New York, NY 10007

*USDC SDNY*
*DOCUMENT*
*ELECTRONICALLY FILED*
*DOC #:*
*DATE FILED: 9-17-14*

Re:   U.S. v. Luis Felipe Maria
      Case No. 09-cr-00907

Dear Judge Preska,

Please accept this letter on behalf of defendant Luis Felipe Maria to respectfully request that the Court modify the existing conditions of his bond release to permit him to engage in full time employment as a Tax Preparer Assistant at Ventura Insurance and Income Tax Services, located at 2540 Valentine Avenue, Bronx, NY 10458. A copy of the letter confirming this employment offer is attached. I have also discussed this request and provided this information to AUSA Robert Boone and Pretrial Services Officer Gianfranco Furelli. Both the Government and Pretrial Services do not object to the Court's granting of this request. Mr. Maria has fully complied with all of his conditions of release to date.

If granted permission, Mr. Maria would work six (6) days per week, Monday-Saturday, 11:00 AM-7:00 PM. His salary would be $350 per week, on the books. He would commute to the office via public bus and train. We have personally verified all of the foregoing.

As his wife and children have relocated to and are living in New Jersey with Mr. Maria, the employment income would substantially help him to support his family. Additionally, in connection with the proposed modification of the bond, we would

*The modification is approved.*
SO ORDERED
*Loretta A. Preska*
LORETTA A. PRESKA
UNITED STATES DISTRICT JUDGE

September 16, 2014

# MOSES & SINGER LLP

Hon. Loretta A. Preska
September 11, 2014
Page 2

request that the Court order GPS monitoring as an additional condition of release with all other conditions previously imposed remaining the same.

  Your consideration of this matter is greatly appreciated.

           Respectfully,

           Robert S. Wolf

cc: AUSA Robert Boone
  PTS Officer Gianfranco Furelli
  PTS Officer Kelly Fernandes

1041205v1 015063.0101



### "Insurance and Income Tax Services"
2540 Valentine Ave FS
Bronx NY 10458
Tel.: 718.365.1600   Fax: 718.679.9194
imperioventura@gmail.com

*August 28, 2014*

**Dear Mr.Luis Felipe Maria**

Our company is pleased to offer you the position of Tax Preparer Assistant. Your skills and experience will be an ideal fit for our Income Tax Department.

As we discussed, your schedule will be Monday to Saturday 11am to 7Pm. The starting salary is $350.00 (three hundred fifty and 00/100) per week on the books and paid on a weekly basis.

We look forward to welcoming you to the Ventura team.

Please let me know if you have any questions or I can provide any additional information.

Sincerely,

**Ismael Ventura**
President